IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| CANDIDO MEDINA-RESENDIZ,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| VERSUS   ) | DOCKET NO. 1:15-CV-00086 |
| ) | JURY DEMANDED |
| MARK KAYLOR, LEIGHTAYLOR   ) | |
| NOORBERGEN and the CITY OF   ) | |
| RED BANK, TENENSSEE,   ) | |
| ) | |
| Defendants.   ) | |

## NOTICE OF SERVICE

Please take notice that the Defendant, Leightaylor Noorbergen, by and through her counsel, has forwarded her First Set of Written Interrogatories and Motion to Produce Documents to Plaintiff, Candido Medina-Resendiz, through his attorney Mr. Robert Free via United States Mail on July 15, 2016.

    Respectfully submitted,

    MOORE, RADER,
    FITZPATRICK & YORK, P.C.

    By s/Daniel H. Rader, III B.P.R. No.002835
        DANIEL H. RADER, III
        Attorneys for Defendant,
        Leightaylor Noorbergen
        P. O. Box 3347
        Cookeville, TN  38502
        (931-526-3311)

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing pleading was filed electronically on July 15, 2016. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

      Mr. Robert Andrew Free
      Barrett, Johnston, Martin & Garrison, LLC
      Bank of America Plaza
      414 Union Street, Suite 900
      Nashville, TN 37219;

      Mr. Reid Spaulding
      Watson, Roach, Batson,
      Rowell & Lauderback
      1500 Riverview Tower
      900 South Gay Street
      Knoxville, TN 37901-0131;

      Mr. Ronald D. Wells
      Robinson, Smith & Wells
      633 Chestnut Street
      Suite 700 Republic Centre
      Chattanooga, TN 37450

      Dated this the 15th day of July, 2016.

      MOORE, RADER,
      FITZPATRICK & YORK, P.C.

      By s/Daniel H. Rader, III B.P.R. No.002835
          DANIEL H. RADER, III
          Attorneys for Defendant,
          Leightaylor Noorbergen
          P. O. Box 3347
          Cookeville, TN 38502
          (931-526-3311)

2