# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| CANDIDO MEDINA-RESENDIZ, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15-CV-00086 |
| | ) | |
| MARK KAYLOR, LEIGH TAYLOR NOORBERGEN and the CITY OF RED BANK, TENNESSEE, | ) | |
| | ) | |
|    Defendants. | ) | |

## NOTICE OF SERVICE OF DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO PLAINTIFF CANDIDO MEDINA-RESENDIZ

Defendant Mark Kaylor hereby appears, by and through counsel, and provides this Court notice that Defendant's First Set of Interrogatories and Request for Production of Documents to Plaintiff Candido Medina-Resendiz, was served upon Plaintiff's attorney, R. Andrew Free, via U.S. Mail on this the 22nd day of July, 2016.

RESPECTFULLY submitted this 22nd day of July, 2015.

MARK KAYLOR

By:   /s/Reid A. Spaulding, BPR No. 023363
      REID A. SPAULDING, BPR NO. 023363
      WATSON, ROACH, BATSON,
      ROWELL & LAUDERBACK, P.L.C.
      P.O. Box 131
      Knoxville, Tennessee 37901-0131
      (865) 637-1700

## CERTIFICATE OF SERVICE

      I hereby certify that on July 22, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system:

      R. Andrew Free
      BARRETT JOHNSTON LLC
      217 2nd Avenue North
      Nashville, Tennessee 37201-1601
      (615) 244-2202

      Ronald D. Wells
      ROBINSON, SMITH & WELLS
      633 Chestnut Street
      Suite 700
      Chattanooga, Tennessee 37450
      (423) 756-5051

      Daniel H. Rader, III
      MOORE, RADER AND FITZPATRICK, P.C.
      46 North Jefferson Avenue
      P.O. Box 3347
      Cookeville, Tennessee 38502
      (931) 526-3311

Dated this 22nd day of July, 2016.

      By:    /s/Reid A. Spaulding, BPR No. 023363
                REID A. SPAULDING, BPR NO. 023363
                WATSON, ROACH, BATSON,
                ROWELL & LAUDERBACK, P.L.C.
                P.O. Box 131
                Knoxville, Tennessee 37901-0131
                (865) 637-1700